United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JORDAN MITCHELMORE, | § |
| Plaintiff, | § |
| v. | § |
| | §  CIVIL ACTION NO. H-25-3580 |
| THE METHODIST HOSPITAL, | § |
| Defendant. | § |

## ORDER OF DISMISSAL

On the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Docket Entry No. 31), all claims in this case are dismissed without prejudice, with each party to bear its own costs.

SIGNED on January 16, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge